## 53067. FORD MOTOR COMPANY v. CARTER.

McMURRAY, Judge.

In *Ford Motor Co. v. Carter,* 141 Ga. App. 371, 373 (2) (233 SE2d 444), this court affirmed the denial of a motion to strike certain paragraphs of a petition in the court below which contended that the basis for the strict liability doctrine as developed and predicated upon Code Ann. § 105-106 (Ga. L. 1968, pp. 1166, 1167) had no application to wrongful death actions. In *Ford Motor Co. v. Carter,* 239 Ga. 657, that court in reviewing our ruling in Division 2 held that a plaintiff wife and administratrix of her deceased husband's estate could not recover for wrongful death of her husband upon a strict liability theory. Our former judgment of affirmance is therefore vacated and set aside insofar as Division 2 is concerned and for the reason stated in the opinion of the Supreme Court, supra, the judgment must be reversed in part.

*Judgment reversed in part and affirmed in part. Shulman and Birdsong, JJ., concur.*

DECIDED NOVEMBER 9, 1977.

*Long, Weinberg, Ansley & Wheeler, Ben L. Weinberg, Jr., John H. Stanford, Jr., Fendig, Dickey, Fendig & Whelchel, Albert Fendig, Jr.,* for appellant.

*Hutto & Associates, Jack S. Hutto, Mike Magda, Frank M. Eldridge, J. Edwin Peavy,* for appellee.